**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**SOUTH BAY PLANTATION**
**CONDOMINIUM ASSOCIATION,**
**INC., a not for profit corporation**

       **Plaintiff,**

**v.**                                  **Case No:  2:12-cv-45-FtM-29SPC**

**SENECA INSURANCE COMPANY,**
**INC.,**

       **Defendant.**
_____/

## ORDER

This matter comes before the Court on Plaintiff's Motion Instanter, Motion to Quash Subpoenas and for Protective Order (Doc. #29) filed on August 20, 2012.  Plaintiff moves to quash deposition subpoenas issued to take place the week of August 27, 2012.  As grounds, Plaintiff's Counsel has indicated he is unavailable from August 20, 2012 through September 12, 2012 (Doc. #28).  Plaintiff's Counsel further informs the Court that an attorney that was handling this matter has resigned from the firm and another attorney, Joyce Hagen, has joined the firm and will be working on this matter, but is not yet admitted to the Middle District of Florida.  She is scheduled to be admitted at the September 11, 2012 admission ceremony.

The Court notes that Ms. Hagen may be sworn in by the undersigned telephonically prior to the depositions such that the depositions may go forward with her participation.  This being the case, the Court sees no reason to quash the scheduled depositions.  The Court has been informed by the Clerk of Court that Ms. Hagen's application has been received, but her payment for admission has not.  Payment must be remitted to the Clerk prior to the swearing in.  It may be

brought to the Clerk's Office in person or mailed to the Clerk.  The Court is informed by the Clerk that a notice that payment is due is being sent to Ms. Hagen.  The undersigned will set the telephonic swearing in for Monday, August 27, 2012 at 9:30 a.m.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff's Motion Instanter, Motion to Quash Subpoenas and for Protective Order (Doc. #29) is **DENIED**.

(2) The undersigned will swear in attorney Joyce Hagen telephonically on **Monday, August 27, 2012 at 9:30 a.m.**  The Court will initiate the call.  Ms. Hagen is directed to contact Leslie Friedmann, Courtroom Deputy, at (239) 461-2068, and provide a direct telephone number at which Ms. Hagen can be reached at the scheduled date and time.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of August, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record