UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SOUTH BAY PLANTATION
CONDOMINIUM ASSOCIATION,
INC., a not for profit corporation

        Plaintiff,

v.                                  Case No:  2:12-cv-45-FtM-29SPC

SENECA INSURANCE COMPANY,
INC.,

        Defendant.
_____/

**ORDER**

      This matter comes before the Court on Plaintiff's Motion to Quash and Motion for Protective Order (Doc. #34) filed on September 21, 2012.  Plaintiff moves to quash "Exhibit B" to Defendant's Notice of Deposition Duces Tecum and for Protective Order regarding the deposition of Plaintiff's corporate representative, which is set to take place on September 25, 2012.  As grounds, Plaintiff states that "Exhibit B" to the deposition notice contains requests which are duplicative of Defendant's Request for Production to Plaintiff dated July 6, 2012.  Plaintiff asserts that it is has responded to some of the requests and objected to others.  Plaintiff now seeks an order from this Court for a protective order that Plaintiff is not required to produce documents at the deposition that it has previously provided or documents to which it has an objection to producing.

      The Court notes that Plaintiff's Motion did not include a Local Rule 3.01(g) certification that is has conferred with opposing counsel in an effort to resolve the issues raised in the Motion.

Given that this is a discovery issue which the Court expects the Parties to work together to resolve, failure to include a Local Rule 3.01(g) certification is dispositive. Further, any dispute the Parties have regarding which documents should be produced in the course of discovery should be resolved through meeting and conferring and to the extent there is a dispute which the Parties are not able to resolve, the parties may move to compel production with the Court. The dispute in the instant Motion is one between the Parties in the course of discovery and not one which this Court may issue such an extreme remedy as a protective order without further information.

Should the parties have issues that they cannot resolve at the time of the deposition, the Court will make itself available for phone conference by calling Leslie Friedmann, Courtroom Deputy, at 239-461-2068 to seek a conference with the Court.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion to Quash and Motion for Protective Order (Doc. #34) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of September, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record